AHMED, SALIM. D

CDC # V-34635

CSP- SAN QUENTIN (SQSP)

SAN QUENTIN, CALIFORNIA. 94974-0002

IN PRO PERSONA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALIM DANIEL AHMED,

            PLAINTIFF,

     -VS-

①. "M. MARTEL" (FORMER) WARDEN CALIFORNIA

STATE PRISON (SQ); ② "LT. K.W. LOTTRELL"

(RETIRED) CALIFORNIA STATE PRISON (SQ);

③ "E. FATAO" (A1G1) CORRECTIONS OFFICER

AT CALIFORNIA STATE PRISON (SQ), IN

THEIR OFFICAL CAPACITIES;

          DEFENDANTS.

**CV12   0539**

CASE NO.

COMPLAINT UNDER THE

CIVIL RIGHTS ACT,

TITLE 42 U.S.C. § 1983

**I.   JURISDICTION AND VENUE**

1). THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a) (3). PLAINTIFF AHMED SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF AHMED'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

COMPLAINT                                    - 1 -

2). THE NORTHERN DISTRICT OF CALIFORNIA IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

II.   PLAINTIFF

3). PLAINTIFF SALIM DANIEL AHMED, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF CALIFORNIA IN THE CUSTODY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. HE IS CURRENTLY CONFINED IN SAN QUENTIN STATE PRISON, IN SAN QUENTIN, CALIFORNIA.

III.   DEFENDANTS

4). DEFENDANT "M.MARTEL" WAS THE (FORMER) WARDEN OF SAN QUENTIN STATE PRISON. HE WAS LEGALLY RESPONSIBLE FOR THE OPERATION OF SAN QUENTIN STATE PRISON AND FOR THE WELFARE OF ALL THE INMATES OF THAT PRISON.

5). DEFENDANT, "K.W. LUTTRELL" (LT) (RETIRED) WAS AN OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF "LIEUTENANT" AND WAS ASSIGNED TO SAN QUENTIN STATE PRISON.

6). DEFENDANT, E. PATAO (AIGI) IS A CORRECTIONAL OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF PRISON GUARD AND WAS ASSIGNED TO SAN QUENTIN STATE PRISON.

III   FACTS

COMPLAINT                                    — 2 —

7). AT ALL TIMES RELEVANT TO THIS CASE, PLAINTIFF SALIM DANIEL AHMED, WAS AN PRISONER, INCARCERATED AT THE DEPARTMENT OF CORRECTIONS AND REHABILITATION, SAN QUENTIN STATE PRISON IN CALIFORNIA.

8) PLAINTIFF SALIM DANIEL AHMED, REPRESENTED HIMSELF IN PRO PERSONA IN CRIMINAL CASE 418149-A (SEE ATTACHED EXHIBIT-A) — H-48784-A

9). ON MAY, 12, 2010, PLAINTIFF SALIM DANIEL AHMED WAS ISSUED AN ORDER BY THE COURTS, TO HAVE AND KEEP IN HIS POSSESSION AN MP3 PLAYER (SEE ATTACHED EXHIBIT-B)

10). ON SEPT. 10, 2010, PLAINTIFF SALIM DANIEL AHMED WAS SENTENCED IN DEPT.#513 IN THE HAYWARD HALL OF JUSTICE. A SUPPLEMENTAL REPORT WAS ISSUED STATING "DEFENDANT WAS ORDERED TO KEEP MP3 PLAYER" (SEE ATTACHED EXHIBIT-C)

11). ON OCT. 15, 2010, PLAINTIFF ARRIVED AT THE, CDCR, SAN QUENTIN STATE PRISON, IN CALIFORNIA.

12). ON OCT. 15, 2010, PLAINTIFF WAS SUBSEQUENTLY PLACED IN HO-SEG, AND PROPERTY WAS STORED IN R&R.

13). ON DEC, 1, 2010, PLAINTIFF WAS RELEASED TO THE GENERAL POPULATION.

14). ON DEC, 9. 2010 PLAINTIFF WAS ESCORTED BY CORRECTIONS OFFICER %"STOKELY" (BADGER SECTION), TO R&R TO RETRIEVE STORED PROPERTY. UPON RECIEVING PROPERTY IT WAS THEREAFTER BROUGHT TO THE ATTENTION OF CORRECTIONS OFFICER(S) %"BARBER" AND %"STOKELY" (BADGER SECTION) PLAINTIFF WAS IN POSSESSION OF MP3 PLAYER AND HAD A COURT ORDER, WHICH WAS PROVIDED FOR VERIFICATION.

COMPLAINT

15). ON FEB 1, 2011 PLAINTIFF WAS THEREAFTER PLACED IN AD-SEG FOR NON-DISCIPLINARY REASONS. CORRECTIONS OFFICER "%" E.PATAO" CONFISCATED PLAINTIFF'S MP3 PLAYER.

16). PLAINTIFF SHLIM DANIEL AHMED WAS NOT PROVIDED A RECEIPT FOR ITS CONFISCATION, AND HAS NOT SEEN IT SINCE.

### IV EXHAUSTION OF LEGAL REMEDIES

17). PLAINTIFF AHMED USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT SAN QUENTIN STATE PRISON TO TRY AND SOLVE THE PROBLEM. ON APRIL 6, 2011 PLAINTIFF AHMED PRESENTED THE FACTS RELATING TO THIS COMPLAINT. ON JUNE 3, 2011 PLAINTIFF AHMED WAS INTERVIEWED BY "LT. K.W. LUTTRELL" CORRECTIONS LT. AT SAN QUENTIN STATE PRISON. DENIED AT FIRST LEVEL OF REVIEW.

18). ON JUNE 26, 2011. PLAINTIFF AHMED FILED GRIEVANCE AT SECOND LEVEL OF REVIEW. DENIED AT SECOND LEVEL OF REVIEW

19). ON SEPT. 9, 2011, PLAINTIFF AHMED FILED GRIEVANCE AT THIRD LEVEL OF REVIEW MAILED TO CHIEF INMATE APPEALS BRANCH

20). ON DEC, 20. 2011 PLAINTIFF AHMED RECIEVED THIRD LEVEL APPEAL DECISION DENIED AT THIRD LEVEL OF REVIEW.

21). THIS EXHAUSTS THE ADMINISTRATIVE REMEDY AVAILABLE TO PLAINTIFF WITHIN CDCR. (SEE ATTACHED EXHIBIT-D)

### V LEGAL CLAIMS

COMPLAINT                                                    -4-

21). PLAINTIFF REALLEGES AND INCORPORATES BY REFERENCE PARAGRAPHS 1-22

23). A PRISONER HAS A "LIBERITY INTEREST" WHEN THE PRISON'S OR PRISON OFFICIALS, ACTIONS INTERFERE WITH OR VIOLATE A PRISONERS CONSTITUTIONALLY PROTECTED RIGHTS OR RESULTS IN THE CONFISCATION, DESTRUCTION OR DEPRIVATION OF "ANY PERSONS PROPERTY" (EMPHASIS ADDED) OR SEIZURE THEREOF WITHOUT DUE PROCESS OF LAW.

24). DEFENDANTS E. FATAO AND LT. K.W. LUTTRELL, CONFISCATED AND WITHHELD THE PLAINTIFF'S LEGAL PROPERTY (MP3 PLAYER), WITHOUT PROVIDING A RECIEPT (CCR SECTION: 3287, TITLE 15). FURTHER, DEPRIVING PLAINTIFF OF HIS RIGHT TO HAVE IN HIS POSSESSION LEGAL PROPERTY (MP3 PLAYER) (CCR. SECTION 3190(j)(3); ARTICLE 43'M PROPERTY MATRIX. SECTION: 54030.17.5 AND 54030.17.7.1 OF THE (D.O.M.) DIRECTOR'S OPERATION MANUAL)

25). DEFENDANTS: E. FATAO AND LT. K.W. LUTTRELL'S ACTION(S) VIOLATED PLAINTIFF AHMED'S RIGHTS UNDER THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION, RESULTING IN THE UNREASONABLE SEIZURE OF LEGAL PROPERTY (MP3 PLAYER) ORDERED BY COURTS (SEE ATTACHED EXHIBIT-B)

26). DEFENDANTS E. FATAO AND LT. K.W. LUTTRELL'S ACTION(S) CONTINUE TO DEPRIVE PLAINTIFF AHMED'S FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, RESULTING IN THE DEPRIVATION OF PLAINTIFFS LIBERITY AND PROPERTY, WITHOUT DUE PROCESS OF LAW.

27). BY ALLOWING DEFENDANT'S, E. FATAO AND LT. K.W. LUTTRELL'S ILLEGAL ACTION, FAILING TO CORRECT THAT MISCONDUCT, AND ENCOURAGING THE CONTINUATION OF THE MISCONDUCT, DEFENDANT "M. MARTEL" WAS ALSO VIOLATING

COMPLAINT

-5-

PLAINTIFF AHMED'S RIGHTS UNDER THE FOURTH AND FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND THEREBY CAUSING PLAINTIFF'S DENIAL TO HAVE IN HIS POSSESSION LEGAL PROPERTY (MP3 PLAYER); ACCESS TO THE COURTS; SUFFERING AND EMOTIONAL DISTRESS.

28). FLAINTIFF AHMED HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED AND DEPRIVED BY THE CONDUCT OF THE DEFENDANT'S UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VI PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT:

29). GRANTING PLAINTIFF AHMED A DECLARATION THAT ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

30). A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS E. PATAO; ACTING WARDEN OF SAN QUENTIN STATE PRISON, TO RELEASE IN ITS POSSESSION, PLAINTIFF'S (MP3 PLAYER), AND

31). GRANTING PLAINTIFF AHMED COMPENSATORY FUNDS TO HAVE AUDIO ON (MP3 PLAYER) TRANSCRIBED IF NOT ALLOWED TO KEEP.

32) TO POSSIBLY WORK OUT A SOLUTION, TO HAVE ACCESS WHILE AT LAW LIBRARY, TO RESEARCH (MP3 PLAYER) AND PREPARE LEGAL WORK.

33) PLAINTIFF IS SERVING A 24 YEAR SENTENCE, AND MAY NEED USE IN THE

COMPLAINT

FUTURE, TO VIEW AUDIO AND PREPARE ANY POST-CONVICTION MOTIONS, ETC.

34). PLAINTIFF ALSO SEEKS A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

35) PLAINTIFF ALSO SEEKS NEW COURT ORDER TO KEEP (MP3 PLAYER) IN HIS POSSESSION THROUGH DURATION OF SENTENCE.

36) PLAINTIFF ALSO SEEKS RECOVERY OF COSTS IN THIS SUIT; AND

37). APPOINT COUNSEL AND AWARD RESONABLE ATTORNEY FEES; AND

38) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED

RESPECTFULLY SUBMITTED,

SALIM DANIEL AHMED

# V·34635

CSP-SAN QUENTIN

SAN QUENTIN, CA. 94974-0002

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

-7-

COMPLAINT

EXECUTED AT SAN QUENTIN, CALIFORNIA ON. JANUARY 25. 2012

SALIM DANIEL AHMED

COMPLAINT