IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALIM DANIEL AHMED,

    Petitioner,

v.

M. MARTEL; K.W. LOTRELL; E. PATAO,

    Defendants.
                               /

No. C 12-0539 WHA (PR)

**ORDER GRANTING EXTENSION OF TIME**

    Good cause appearing, plaintiff is granted an extension of time, to and including **August 14, 2012,** in which to file an amended complaint. <u>Failure to amend within the designated time and in accordance with the order dated June 14, 2012, will result in the dismissal of this case.</u> No further extensions of time will be granted.

    **IT IS SO ORDERED.**

Dated: July   23   , 2012.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\AHMED0539.EOT.wpd