IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIM DANIEL AHMED,<br><br>       Petitioner,<br><br>  v.<br><br>M. MARTEL; K.W. LOTRELL; E. PATAO,<br><br>       Defendants.<br>_____/ | No. C 12-0539 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

     Good cause appearing, plaintiff is granted an extension of time, to and including **August 14, 2012,** in which to file an amended complaint. <u>Failure to amend within the designated time and in accordance with the order dated June 14, 2012, will result in the dismissal of this case.</u> No further extensions of time will be granted.

     **IT IS SO ORDERED.**

Dated: July     23    , 2012.

                                                    WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\AHMED0539.EOT.wpd