UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALIM DANIEL AHMED,<br><br>    Plaintiff,<br><br>    v.<br><br>E. PATAO, et al.,<br><br>    Defendants. | Case No. 12-cv-00539-JST (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff, a state prisoner at Pelican Bay State Prison, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging constitutional violations by staff and officials at San Quentin State Prison ("SQSP"), where he was previously incarcerated. On July 14, 2015, the Court issued an Order Denying Defendants' Motion to Dismiss.

The same day, the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1) signed by both plaintiff and counsel for defendants. The signed stipulation states:

> Plaintiff Salim Daniel Ahmed and Defendants Foss, Rodriguez, Boerum, and Patao have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The filing of this stipulation automatically terminates this action.
>
> Each party shall bear its own litigation costs and attorney's fees.

(Dkt. No. 83.)

1  Accordingly, having been notified of the settlement,

2  IT IS HEREBY ORDERED THAT this action and all claims asserted herein against

3 defendants are DISMISSED WITH PREJUDICE. The Court will retain jurisdiction to enforce the

4 parties' settlement.

5  The Clerk shall close the file.

6  **IT IS SO ORDERED.**

7 Dated: July 15, 2015

8  _____
   JON S. TIGAR
9  United States District Judge

United States District Court
Northern District of California

2